IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO: CR118-052-002 |
| | ) | |
| URESI ABDULMALIK | ) | |

## **ORDER**

The defendant, Uresi Abdulmalik, was sentenced by this court on May 22, 2019 and is currently in the custody of the United States Bureau of Prisons. Surety, Jordan Thomas, has requested the return of the $1,500.00 cash security posted on the defendant's $15,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $1,500.00 posted by surety for the defendant, plus all accrued interest thereon, be returned to Jordan Thomas, at 875 Sentry Ridge Crossing, Suwanee, GA 30024.

This 16th day of July, 2019 at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA